1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE SEIDENFELD,<br><br>    Plaintiff,<br><br>v.<br><br>MRS. ROSALES, *et al.*,<br><br>    Defendants. | Case No. CV 10-9625 UA (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Court's Order Dismissing Civil Rights Action With Prejudice.

Dated: January 3, 2011    _____

    Hon. Audrey B. Collins
    Chief United States District Judge